| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Heather J. Canning, #272394<br>Borowitz & Clark, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791<br>(626) 332-8600 Tel.<br>(626) 332-8644 Fax<br>notices@blclaw.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 23 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Bever     DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>GUADALUPE YANEZ CARRASCO<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:18-bk-11921-VK<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) <u>August 24, 2020</u> as docket entry number <u>46</u> and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted          ☐    Denied

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                             Page 1                                    **F 3015-1.14.ORDER.CH13.GENRL**

☒ **Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion filed on August 26, 2020 assigned docket number 47 and the Order Granting Stipulation between The Money Source, Inc. and Debtor granted entered on September 17, 2020 assigned docket number 52**

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: September 23, 2020

Victoria S. Kaufman
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 2     F 3015-1.14.ORDER.CH13.GENRL